# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DANIA TOLLIVER

VERSUS

TOYOTA MOTOR CORPORATION,
TOYOTA MOTOR MANUFACTURING
KENTUCKY, INC., TOYOTA MOTOR
NORTH AMERICAN, INC., TOYOTA
MOTOR SALES USA, INC.,
TOYOTA MOTOR ENGINEERING &
MANUFACTURING NORTH AMERICA,
INC., PRICE LEBLANC PREMIUM,
LC, AND BENNET J. TRICHE

NO.  2024 CW 0475

**JULY 29, 2024**

---

In Re:  Toyota Motor Manufacturing Kentucky, Inc., Toyota Motor
North American, Inc., Toyota Motor Sales, USA, Inc.,
Toyota Motor Engineering & Manufacturing North America,
Inc. and Price Leblanc Premium, LC, applying for
supervisory writs, 19th Judicial District Court, Parish
of East Baton Rouge, No. 716,338.

---

**BEFORE:  CHUTZ, GREENE, AND STROMBERG, JJ.**

   **WRIT DENIED.**  The criteria set forth in **Herlitz Construction
Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878
(La. 1981) (per curiam), are not met.

**WRC**
**TPS**

   **Greene, J.,** dissents and would grant the writ application.  I
believe that the information sought by relators is discoverable
under La. Code Civ. P. art. 1422.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT